UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY NEUFELD and AUBREY SREDNICKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and CARECENTRIX, INC.,<br><br>Defendants. | No. 3:17-cv-01693-WWE<br><br>**CARECENTRIX, INC.'S MOTION TO DISMISS**<br><br>January 23, 2018 |

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant CareCentrix, Inc. ("CareCentrix") respectfully files this Motion to Dismiss Plaintiff Jeffrey Neufeld's Amended Complaint with prejudice.[1] As explained in the contemporaneously-filed memorandum of law in support of this Motion, the court should dismiss Neufeld's causes of action against CareCentrix because they fail to state claims under which the court can grant relief.

                                                Respectfully submitted,

                                                */s/ James S. Rollins*
                                                James S. Rollins (ct05795)
                                                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                                One Post Office Square
                                                Boston, MA  02109
                                                T: (617) 217-4722
                                                F: (617) 217-4751
                                                E-mail: james.rollins@nelsonmullins.com

**ORAL ARGUMENT REQUESTED**

---

[1] Plaintiff Aubrey Srednicki has not alleged claims relating to CareCentrix.

Lane W. Davis (*Pro Hac Vice No. 09390*)
E-Mail: lane.davis@nelsonmullins.com
William S. Brown (*Pro Hac Vice No. 21746*)
E-mail: william.brown@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH, LLP
104 S. Main Street / 9th Floor
Greenville, SC  29601
(864) 373-2300

Raymond G. Mullady, Jr. *(Pro Hac Vice No. 09376)*
E-Mail: ray.mullady@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH, LLP
101 Constitution Avenue, NW / Suite 900
Washington, DC  20001
(202) 689-2800

*Attorneys for Defendant CareCentrix, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ James S. Rollins*
James S. Rollins (ct05795)
NELSON MULLINS RILEY & SCARBOROUGH, LLP
One Post Office Square
Boston, MA  02109
T: (617) 217-4722
F: (617) 217-4751
E-mail: james.rollins@nelsonmullins.com