# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY NEUFELD, AUBREY SREDNICKI, KEVIN JACQUES, NICHOLAS MARSHALL, WILLIAM NINIVAGGI, TROY TERRY, JOYCE WOOD, ROBERT BURNS, TIMOTHY RUTHERSBY, and NATHAN WHEATLEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY, <br><br> Defendant. | No. 3:17-cv-01693 (KAD) <br><br> October 17, 2023 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Jeffrey Neufeld, Kevin Jacques, Nicholas Marshall, William Ninivaggi, Troy Terry, Joyce Wood, Robert Burns, and Timothy Ruthersby ("Plaintiffs") and Defendant Cigna Health and Life Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action hereby is and shall be voluntarily dismissed with prejudice, without fees and costs to either party, and the Parties waive all rights to appeal.

\* \* \*

| | |
|---|---|
| Dated:  October 17, 2023 | Respectfully submitted, |
| /s/ *Joshua B. Simon* | /s/ *Craig A. Raabe*[1] |
| Joshua B. Simon (*Pro Hac Vice*) | Robert A. Izard (ct01601) |
| Warren Haskel (*Pro Hac Vice*) | Craig A. Raabe (ct04116) |
| Richard W. Nicholson Jr. (*Pro Hac Vice*) | Christopher M. Barrett (ct30151) |
| McDERMOTT WILL & EMERY LLP | IZARD, KINDALL & RAABE, LLP |
| One Vanderbilt Avenue | 29 South Main Street, Suite 305 |
| New York, NY 10173 | West Hartford, CT 06107 |
| Telephone: (212) 547-5400 | Telephone: 860-493-6292 |
| jsimon@mwe.com | Facsimile: 860-493-6290 |
| whaskel@mwe.com | rizard@ikrlaw.com |
| rnicholson@mwe.com | craabe@ikrlaw.com |
| | cbarrett@ikrlaw.com |
| James M. Sconzo (ct04571) | William H. Narwold (ct00133) |
| CARLTON FIELDS JORDEN BURT, P.A. | Mathew Jasinski (ct27520) |
| One State St., Suite 1800 | MOTLEY RICE LLC |
| Hartford, CT  06103 | One Corporate Center |
| Telephone: (860) 392-5000 | 20 Church Street, 17th Floor |
| Facsimile: (860) 392-5058 | Hartford, CT 06103 |
| jsconzo@cfjblaw.com | Telephone: 860-882-1681 |
| | Facsimile: 860-882-1682 |
| | bnarwold@motleyrice.com |
| *Attorneys for Defendant Cigna Health and Life Insurance Company* | mjasinski@motleyrice.com |
| | Meghan Oliver |
| | Charlotte Loper |
| | MOTLEY RICE LLC |
| | 28 Bridgeside Blvd. |
| | Mt. Pleasant, SC 29464 |
| | Telephone: 843-216-9492 |
| | moliver@motleyrice.com |
| | cloper@motleyrice.com |
| | *Attorneys for Plaintiffs* |

---

[1] Signed with consent pursuant to § XI(D) of the Electronic Filing Policies & Procedures.